United States Court of Appeals
Fifth Circuit

**F I L E D**

**June 29, 2004**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 03-11158
Summary Calendar

_____

CONCHITA WASHINGTON,

Plaintiff-Appellant,

versus

LUCY MALLISHAM, Warden, Federal Medical Center-Carswell;
HARLEY LAPPIN, Director, Federal Bureau of Prisons;
FEDERAL BUREAU OF PRISONS,

Defendants-Appellees.

--------------------
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:03-CV-1227-A
--------------------

ON PETITION FOR REHEARING

Before JOLLY, WIENER, and PICKERING, Circuit Judges.

PER CURIAM:

IT IS ORDERED that the motion filed on May 24, 2004, is

construed as a petition for panel rehearing and that petition is

GRANTED. We STRIKE the last paragraph in our previous opinion

and replace it with the following:

> Accordingly, the district court's
> judgment is AFFIRMED. The district court's
> dismissal for failure to state a claim counts
> as one strike for purposes of 28 U.S.C.
> § 1915(g). See Adepegba v. Hammons, 103 F.3d
> 383, 387 (5th Cir. 1996). Washington is
> warned that if she accumulates three strikes,
> she may not proceed in forma pauperis in any

civil action or appeal filed while she is
incarcerated or detained in any facility
unless she is under imminent danger of
serious physical injury.  See 28 U.S.C.
§ 1915(g).

Any other relief sought in Washington's petition for panel

rehearing is DENIED.